FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANN MARIE D., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | No.  2:20-cv-00215-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's April 6, 2021 Report and Recommendation, ECF No. 21, recommending for this Court to grant Defendant's Motion for Summary Judgment, ECF No. 20, deny Plaintiff's Motion for Summary Judgment, ECF No. 19, enter judgment for Defendant, and close the file. No objections have been filed.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. The Court therefore adopts the Report and Recommendation in its entirety.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

**2.** Plaintiff's motion for summary judgment, **ECF No. 19**, is **DENIED**.

**3.** Defendant's Motion for Summary Judgment, **ECF No. 20**, is **GRANTED**.

**4.** The Clerk's Office shall **ENTER JUDGMENT** for **DEFENDANT** and **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, *pro se* Plaintiff, and Magistrate Judge Rodgers.

**DATED** this 23rd day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION – 2